■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE K. PARKER, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered January 7, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Centra, Pine and Gorski, JJ.